# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-18-00023-CR
_____

### RICKIE WAYNE SELBY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CR25185**

## MEMORANDUM OPINION

Rickie Wayne Selby appealed his conviction for aggravated sexual assault of a child, which was adjudicated after revocation of his deferred adjudication community supervision. *See* Tex. Penal Code Ann. § 22.021(a)(2)(B). Before we issued an opinion, the State filed a notice of Selby's death. The notice received from the Liberty County District Attorney indicates that Selby's appellate counsel has been informed of Selby's death. Because Selby's death occurred after he perfected

the appeal and before we issued an opinion or mandate, we must permanently abate this appeal. *See* Tex. R. App. P. 7.1(a)(2). Accordingly, we permanently abate the appeal.

APPEAL PERMANENTLY ABATED.

PER CURIAM

Submitted on June 27, 2019
Opinion Delivered December 11, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.